# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DEVIN WELCH,**
**Petitioner,**

vs.  Case Number: **08-2051**

**UNITED STATES OF AMERICA,**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the petition pursuant to 28 U.S.C §2255 is denied in part and granted in part.  Petitioner's motion (#1) is granted solely to the extent that his sentence is vacated regarding the improper delegation to the probation office of the drug-testing requirements that were a condition of hi release.  Accordingly, this court orders that the judgment entered in case #05-CR-20038 is corrected so that the word "testing" in the second sentence of Special Conditions of Supervision #2 is replaced with "not more than six test per month."  Petitioner's motion (#1) mis denied in all other respects.   This case is terminated.

ENTER this 21st day of July 2008.

s/Pamela E Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK